UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAUL ESTEVES and ALEXANDER NAYBERG on behalf of themselves and all other similarly situated consumers

Plaintiff,

-against-

MRS BPO LLC

Defendant.

Case No. 17-cv-1594 KAM-RLM

---

**SUMMONS IN A CIVIL ACTION**

TO: MRS BPO LLC
1930 OLNEY AVENUE
CHERRY HILL, NJ 08003

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

IGOR B. LITVAK, ESQ.
THE LITVAK LAW FIRM, PLLC
1701 AVENUE P
BROOKLYN, NEW YORK 11229

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Douglas C. Palmer
CLERK

3/22/2017
DATE

s/Kimberly Davis
BY DEPUTY CLERK