UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAUL ESTEVES and ALEXANDER NAYBERG
on behalf of themselves and all other similarly
situated consumers

1:17-cv-01594

**STIPULATION OF DISMISSAL**

Plaintiff,

-against-

MRS BPO LLC

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued by Plaintiff Raul Estevez with prejudice as to Defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
April 13th, 2018

Dated: Minneapolis, MN
April 13th, 2018

/s/ Igor Litvak
Igor Litvak, Esq.
The Litvak Law Firm, PLLC
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 989-2908
Facsimile: (718) 989-2908
E-mail: Igor@LitvakLawNY.com

/s/ Michael Thomas Etmund
Michael Thomas Etmund
Moss & Barnett
Attorney for the Defendant
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Office: (612)-877-5309
Fax: (612)-877-5050
E-mail: mike.etmund@lawmoss.com

So ordered. /s/(ARR)