UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEXANDER NAYBERG, on behalf of himself and all other similarly situated consumers,

          Plaintiffs,

-against-

MRS BPO LLC,

          Defendant.

Case No. 1:17-cv-01594-ARR-RER

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 31 2018 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys for the parties to the above- entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same herby is discontinued by Plaintiff Alexander Nayberg with prejudice as to Defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       August 29, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Michael T. Edmund
Michael T. Edmund, Esq
Moss & Barnett LLP
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612)877-5269
mike.etmund@lawmoss.com
*Attorney for Defendant*

So ordered.

s/Allyne Ross
USDJ